# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES ALLEN THOMAS, | ) | 1:07-cv-01132-OWW-TAG HC |
| | ) | |
|             Petitioner, | ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 12) |
| v. | ) ) | ORDER GRANTING MOTION TO DISMISS |
| | ) ) | PETITION FOR WRIT OF HABEAS CORPUS (Doc. 11) |
| VICTOR M. ALMAGER, | ) ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |
|             Respondent. | ) ) ) | |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On January 11, 2008, Respondent filed a motion to dismiss the petition as duplicative. (Doc. 11). On July 24, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending that Respondent's motion to dismiss be granted and that the petition for writ of habeas corpus be dismissed as duplicative. (Doc. 12). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendation.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation, filed July 24, 2008 (Doc. 12), is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss (Doc. 11), is GRANTED;
3. This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
4. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   August 15, 2008**                     **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE